UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| RONALD MOORE et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Case No. 3:21-cv-00719-PGS-DEA |
| 555 SHREWSBURY AVENUE, LLC, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF SETTLEMENT**

**COMES NOW** the Plaintiffs, and with consent of the Defendant, to inform the Court that the parties have agreed in principle to settle the above-captioned matter. The parties are in the process of executing a settlement agreement and expect to file dismissal papers within the next sixty days.

Dated: January 13, 2022

                                                        Respectfully submitted,

                                                        */s/ Jon G. Shadinger Jr.*
                                                        Jon G. Shadinger Jr., Esq.
                                                        Shadinger Law, LLC
                                                        717 E. Elmer Street, Suite 7
                                                        Vineland, NJ 08360
                                                        Phone (609) 319-5399
                                                        Fax (314) 898-4053
                                                        js@shadingerlaw.com
                                                        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of January 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   */s/ Jon G. Shadinger Jr.*
                                                   Jon G. Shadinger Jr., Esq.
                                                   Shadinger Law, LLC