UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

RONALD MOORE et al,

    Plaintiffs,

v.

555 SHREWSBURY AVENUE, LLC,

    Defendant.

Case No. 3:21-cv-00719-PGS-DEA

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
js@shadingerlaw.com
Phone (609) 319-5399
Fax (314) 898-0423
*Attorney for Plaintiffs*

/s/ John L. Bonello
John L. Bonello, Esq.
Manna & Bonello, PA
648 Ocean Avenue
Long Branch, NJ 07740
Phone (732) 728-1300
bonellolaw@yahoo.com
*Attorney for Defendant*

Dated: March 15, 2022

SO ORDERED: Peter M/Bunlun

DATED: 3/21/22